ACCEPTED
12-15-00220-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/2/2015 4:31:18 PM
Pam Estes
CLERK

No. 12-15-00220-CV

In the

Twelfth Court of Appeals

Tyler, Texas

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/2/2015 4:31:18 PM
PAM ESTES
Clerk

_____

ANNA MARIE INMAN, Appellant

VS.

EQUABLE ASCENT FINANCIAL, LLC, Appellee

_____

## APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF

COMES NOW Anna Marie Inman, Appellant herein, and moves this Court for an extension of time to file their brief under TRAP 38.6(d), and in support thereof would show the following:

1.     Appellant's brief is now due on November 2, 2015.

2.     Appellant requests a 30-day extension of the deadline for filing her brief, or until December 2, 2015.

3.     Appellant seeks this extension of time for several reasons.  First, one of the attorneys working on the brief, Heather Keegan, has not been able to work on her assigned issue, because she has been busy dealing with several hearings and outreach events over the past 3 weeks.   Second, while much of the brief assigned to the undersigned has been completed,

more time is needed to finish some legal research and drafting on the one issue being handled by the undersigned.

4.      No previous extension of time to file a brief has been accorded by this Court to Appellant.    Counsel for Appellee Equable Ascent Financial, LLC has informed counsel for Appellant that this motion is not opposed.

WHEREFORE, Appellants prays that this Honorable Court grant this motion and extend the time for filing Appellant's brief until January 30, 2015, and for such other and further relief to which they may be entitled.

Respectfully submitted,

**LONE STAR LEGAL AID**


By:    /s/ Richard Tomlinson
        RICHARD TOMLINSON
        1415 Fannin
        Houston, Texas 77002
        713/652-0077,  ext. 1154
        Fax: 713/652-3814
        State Bar No. 20123500

        ATTORNEY FOR APPELLANT

## CERTIFICATE OF CONFERENCE

On November 2, 2015 pursuant to TRAP 10.1(a)(5), counsel for Appellant sought to confer with counsel for Appellee, Dan G. Young of Jenkins, Wagnon & Young, P.C., about the merits of this motion and whether Appellee would oppose this motion. After leaving a message for Mr. Young and e-mailing him, he responded by e-mail that he would not oppose a 30-day extension of time for Appellant to file her brief.

/s/ Richard Tomlinson
Richard Tomlinson

## CERTIFICATE OF SERVICE

Pursuant to T.R.A.P. 9.5, I hereby certify that I served a copy of the foregoing Appellant's Unopposed Motion for Extension of Time by e-mail, fax, certified mail, return receipt requested, or by hand delivery, on this the 2nd day of November, 2015, as follows:

Dan G. Young
Jenkins, Wagnon & Young, P.C.
P.O. Box 420
Lubbock, Texas 79408-0420
dgyservice@jwylaw.com
ATTORNEY FOR APPELLEE

/s/ Richard Tomlinson
Richard Tomlinson